1
2
3
4
5
6
7        **UNITED STATES DISTRICT COURT**
8          **DISTRICT OF NEVADA**
9

10   ROBIN G. LANE,

11         Plaintiff,                    Case No. 2:15-cv-01114-LDG (CWH)

12   v.                                  <u>**ORDER**</u>

13   NIMAI HEMPHILL, *et al.*,

14         Defendants.

15
16
17
18        The plaintiff, Robin Lane, has filed a document on the Court's Electronic Filing

19   System using the event "Motion for Entry of Clerk's Default."  See ECF No. 11.  The

20   document filed by Lane, however, is captioned as a Motion for Default Judgment.  Further,

21   a review of the docket establishes that Lane has not properly filed a motion for entry of

22   clerk's default (despite the Clerk having so advised the plaintiff), nor has a default been

23   entered against either of the defendants.

24        Accordingly,

25
26

THE COURT **ORDERS** that Plaintiff's Motion for Default Judgment (ECF No. 11) is DENIED.

DATED this _____ day of March, 2017.

_____
Lloyd D. George
United States District Judge